Opinion filed October 21,
2010

 

                                                                       In The

                                                                              

  Eleventh
Court of Appeals

                                                                   __________

 

                                                         No. 11-10-00218-CV

                                                    __________

 

                               ANDREW
McCORMACK, Appellant

 

                                                             V.

 

               VICTORIA
DIANE (McCORMACK) TORRES, Appellee



 

                                   On
Appeal from the 318th District Court

 

                                                          Midland
County, Texas

 

                                                 Trial
Court Cause No. FM 50,246

 



 

                                            M
E M O R A N D U M   O P I N I O N

            Andrew
McCormack has filed in this court a motion to dismiss his appeal.  McCormack
states that all disputes and controversies have been resolved.  The motion is
granted, and the appeal is dismissed.

 

                                                                                                PER
CURIAM

October 21, 2010

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.